### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Criminal No.** |
| v. | : | |
| | : | |
| **DAMESHIA COOPER,** | : | **VIOLATION:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 1905** |
| | : | **(Disclosure of Confidential Information)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about October 20, 2022, in the District of Columbia and elsewhere, the defendant, DAMESHIA COOPER, being an officer and employee of the United States and of any department or agency thereof, did willfully and knowingly publish, divulge, disclose, and make known in any manner and to any extent not authorized by law any information coming to her in the course of her employment and official duties, which information concerns and relates to the identity of any person; that is DAMESHIA COOPER, a Pretrial Services Officer, employed at the Pretrial Services Agency Diagnostics Unit within the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA), a federal agency, did disclose in a manner not authorized by law, the name, address, and other information relating to persons being supervised by CSOSA.

(in violation of Title 18, United States Code, Section 1905)

MATTHEW M. GRAVES<br>
United States Attorney<br>
D.C. Bar No. 481052

By: *Brian P. Kelly*
BRIAN P. KELLY
Assistant United States Attorney
United States Attorney's Office
District of Columbia
D.C. Bar No. 983689
601 D Street NW
Washington, DC 20530
(202) 252-7503
Brian.Kelly3@usdoj.gov